IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| U.S. CONCRETE, INC., *et al.*,[1] | ) Case No. 10-[_____] (___) |
| Debtors. | ) (Joint Administration Requested) |

## CONSOLIDATED LIST OF CREDITORS HOLDING THE
## 30 LARGEST UNSECURED CLAIMS

The above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. The following is the consolidated list of the Debtors' creditors holding the 30 largest unsecured claims (the "Creditor List") based on the Debtors' books and records as of approximately April 28, 2010. The Creditor List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The Creditor List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims on a consolidated basis. None of these creditors are minor children. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of U.S. Concrete, Inc. to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority, or amount of any claim.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, if any, include: U.S. Concrete, Inc. (6680); Alberta Investments, Inc. (1497); Alliance Haulers, Inc. (3236); American Concrete Products, Inc. (3187); Atlas Redi-Mix, LLC (3123); Atlas-Tuck Concrete, Inc. (1542); Beall Concrete Enterprises, LLC (3536); Beall Industries, Inc. (2872); Beall Investment Corporation, Inc. (9865); Beall Management, Inc. (9839); Breckenridge Ready Mix, Inc. (2482); Central Concrete Supply Co., Inc. (1859); Central Precast Concrete, Inc. (9358); Concrete Acquisition III, LLC (5638); Concrete Acquisition IV, LLC (5720); Concrete Acquisition V, LLC (5777); Concrete Acquisition VI, LLC (5840); Concrete XXXIII Acquisition, Inc. (6120); Concrete XXXIV Acquisition, Inc. (6167); Concrete XXXV Acquisition, Inc. (6206); Concrete XXXVI Acquisition, Inc. (6240); Eastern Concrete Materials, Inc. (1165); Hamburg Quarry Limited Liability Company (3592); Ingram Concrete, LLC (6753); Local Concrete Supply & Equipment, LLC (6597); Master Mix Concrete, LLC (0135); Master Mix, LLC (8532); MG, LLC (9279); NYC Concrete Materials, LLC (0666); Pebble Lane Associates, LLC (6520); Redi-Mix Concrete, L.P. (4765); Redi-Mix GP, LLC (N/A); Redi-Mix, LLC (6751); Riverside Materials, LLC (3588); San Diego Precast Concrete, Inc. (6282); Sierra Precast, Inc. (4227); Smith Pre-Cast, Inc. (0673); Superior Concrete Materials, Inc. (6503); Titan Concrete Industries, Inc. (6374); U.S. Concrete On-Site, Inc. (0662); USC Atlantic, Inc. (6002); USC Management Co., LLC (6749); USC Payroll, Inc. (0665); and USC Technologies, Inc. (6055). The location of the debtors' corporate headquarters and the debtors' service address is: 2925 Briarpark, Suite 1050, Houston, Texas 77042.

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIMS | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 1. | Wells Fargo Bank, National Association as Indenture Trustee<br>505 Main Street<br>Fort Worth, TX 76102<br>Tel: (817) 885-8650<br>Fax: (817) 885-8650<br>Attn: Legal Department | Bonds | | $285,007,702.45 |
| 2. | Lehigh Southwest Cement Co.<br>24001 Stevens Creek Blvd.<br>Cupertino, CA 95014<br>Tel: (800) 821-9119<br>Fax: (469) 417-1394<br>Attn: Legal Department | Trade | | $2,664,131.65 |
| 3. | Hanson<br>4501 Tidewater Ave.<br>Oakland, CA 94601<br>Tel: (800) 686-6250<br>Fax: (469) 417-1394<br>Attn: Legal Department | Trade | | $2,348,973.68 |
| 4. | Cemex<br>5180 Golden Foothill Pkwy., Suite 200<br>El Dorado Hills, CA 95762<br>Tel: (916) 941-2800<br>Fax: (916) 939-8418<br>Attn: Terri Cummings | Trade | | $1,745,700.80 |
| 5. | Buzzi Unicem USA - Cement<br>501 Hercules Drive<br>Stockertin, PA 18083<br>Tel: (866) 397-7827<br>Fax: (866) 398-7827<br>Attn: Legal Department | Trade | | $1,140,627.15 |
| 6. | Lafarge North America<br>12950 Worldgate Dr., Suite 500<br>Herndon, VA 20170<br>Tel: (888) 748-7282<br>Fax: (248) 355-2616<br>Attn: Legal Department | Trade | | $991,413.49 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIMS | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 7. | Martin Marietta Materials<br>1825 Lakeway Drive<br>Lewisville, TX 75057<br>Tel: (972) 350-8200<br>Fax: (972) 350-8201<br>Attn: Legal Department | Trade | | $653,676.07 |
| 8. | Holcim Inc.<br>122 West Carpenter Fwy., Suite 485<br>Irving, TX 75039<br>Tel: (214) 524-2805<br>Fax: (214) 596-0767<br>Attn: Legal Department | Trade | | $622,862.29 |
| 9. | Vulcan Materials Co.<br>1200 Urban Center Drive<br>Birmingham, AL 35242<br>Tel: (323) 258-2777<br>Fax: (205) 298-2944<br>Attn: Legal Department | Trade | | $598,455.27 |
| 10. | Tilcon New York Inc.<br>1 Quarry Road<br>Pompton Lakes, NJ 07442<br>Tel: (800) 789-7625<br>Fax: (973) 659-3867<br>Attn: Legal Department | Trade | | $580,599.84 |
| 11. | Lester R. Summers, Inc.<br>40 Garden Spot Road, Suite 101<br>Ephrata, PA 17522<br>Tel: (800) 346-8620<br>Fax: (717) 733-3065<br>Attn: Legal Department | Trade | | $257,890.50 |
| 12. | J.L. Erectors, Inc.<br>835 Camden Avenue<br>Blackwood, NJ 08012<br>Tel: (856) 232-9400<br>Fax: (856) 232-0031<br>Attn: Legal Department | Trade | | $249,200.00 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIMS | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 13. | Jonasz Precast, Inc.<br>829 Delsea Drive<br>Westville, NJ 08093<br>Tel: (856) 456-7788<br>Fax: (856) 456-8039<br>Attn: Legal Department | Trade | | $245,538.40 |
| 14. | R E Janes Gravel<br>153 E Riverside Dr.<br>Austin, TX 78704<br>Tel: (512) 442-7871<br>Fax: (512) 442-2787<br>Attn: Legal Department | Trade | | $196,534.74 |
| 15. | Texas Lime Co.<br>15865 FM 1434<br>Cleburne, TX 76033<br>Tel: (800) 772-8000<br>Fax: (817) 556-0905<br>Attn: Legal Department | Trade | | $190,858.00 |
| 16. | California Portland Cement Co.<br>230 Port Rd., Suite #3<br>Stockton, CA 95203<br>Tel: (626) 691-1940<br>Fax: (626) 691-2274<br>Attn: Legal Department | Trade | | $156,912.35 |
| 17. | Command Alkon Inc.<br>1800 International Park Drive, Suite 400<br>Birmingham, AL 35243<br>Tel: (800) 624-1872<br>Fax: (205) 263-5772<br>Attn: Legal Department | Trade | | $131,457.05 |
| 18. | Chryso<br>1611 State Highway 276<br>Rockwall, TX 75032<br>Tel: (812) 256-4220<br>Fax: (812) 256-4235<br>Attn: Legal Department | Trade | | $111,428.98 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIMS | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 19. | West Coast Aggregates<br>11700 Highway 92 Half Moon Bay<br>Half Moon Bay, CA 94019<br>Tel: (209) 835-5020<br>Fax: (209) 835-3267<br>Attn: Legal Department | Trade | | $109,871.70 |
| 20. | Phoenix Pinelands Corp.<br>15 Roszel Road, Suite 103<br>Princeton, NJ 08540<br>Tel: (609) 734-4999<br>Fax: (609) 734-4994<br>Attn: Legal Department | Trade | | $108,004.12 |
| 21. | Say-Core<br>132 Block Road<br>Portage, PA 15946<br>Tel: (814) 736-8018<br>Fax: (814) 736-8485<br>Attn: Legal Department | Trade | | $97,775.00 |
| 22. | 5700 Maspeth Avenue LLC<br>54-01 43rd Street, 2nd Floor<br>Maspeth, NY 11378<br>Tel: (718) 456-8636<br>Fax: (718) 381-0363<br>Attn: Legal Department | Lease | | $85,500.00 |
| 23. | Roanoke Sand & Gravel Corp.<br>104 Rocky Point Rd.<br>Middle Island, NY 11953<br>Tel: (631) 924-4100<br>Fax: (631) 924-4705<br>Attn: Legal Department | Trade | | $84,644.22 |
| 24. | D & L Foundry & Supply, Inc.<br>800 West 150 North<br>Lindon, UT 84042<br>Tel: (801) 785-5015<br>Fax: (801) 785-0835<br>Attn: Legal Department | Trade | | $84,433.36 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIMS | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 25. | Maccabee Industrial, Inc.<br>113 Water St.<br>Belle Vernon, PA 15012<br>Tel: (724) 930-7557<br>Fax: (724) 930-7555<br>Attn: Legal Department | Trade | | $75,000.00 |
| 26. | Waste Management<br>107 Silva St.<br>Ewing, NJ 08628<br>Tel: (800) 745-5616<br>Fax: (609) 882-8715<br>Attn: Legal Department | Trade | | $68,698.51 |
| 27. | Gemini Ready Mix<br>c/o CT Price Contracting I<br>20622 N. 63rd Dr.<br>Glendale, AZ 85308<br>Tel: (623) 561-6562<br>Fax: (623) 572-8878<br>Attn: Legal Department | Trade | | $63,028.35 |
| 28. | 640 Columbia LLC<br>c/o Cammebys Management Co. LLC<br>45 Broadway, Suite 2500<br>New York, NY 10006<br>Tel: (212) 509-9797<br>Fax: (212) 509-5229<br>Attn: Legal Department | Lease | | $62,500.00 |
| 29. | A.L. Patterson, Inc.<br>300 Ben Fairless Drive<br>Fairless Hills, PA 19030<br>Tel: (800) 332-7090<br>Fax: (215) 736-2652<br>Attn: Legal Department | Trade | | $60,451.33 |
| 30. | Pape Machinery Inc.<br>1425 Northeast Columbia Blvd.<br>Portland, OR 97211<br>Tel: (503) 289-1103<br>Fax: (503) 283-4549<br>Attn: Account No. 4437 | Trade | | $59,533.98 |

## DECLARATION UNDER PENALTY OF PERJURY

      I declare under the penalty of perjury that I have read the foregoing consolidated list of creditors holding the 30 largest unsecured claims and that it is true and correct to the best of my information and belief.

Dated: April 29, 2010

_____
Robert D. Hardy
Authorized Signatory