## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:  ) Chapter 11
 )
U.S. CONCRETE, INC.,  ) Case No. 10-[_____] (___)
 )
            Debtor.  )
 )

## LIST OF EQUITY SECURITY HOLDERS PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(3)

| Equity Holder | Address of Equity Holder | Percentage of Equity Held[1] |
|---|---|---|
| HBMA Holdings LLC | 300 East John Carpenter Freeway Suite 1645 Irving, Texas 75062 | 8.64% |
| Dimensional Fund Advisors Inc. | Palisades West 6300 Bee Cave Road Building One Austin, Texas 78746 | 7.25% |
| Rutabaga Capital Management LLC | 64 Broad Street Third Floor Boston, Massachusetts 02109 | 5.46% |
| Blackrock Institutional Trust Company, N.A. | 400 Howard Street San Francisco, California 94105 | 3.45% |
| Thomas J Albanese | c/o U.S. Concrete, Inc. 2925 Briarpark Suite 1050 Houston, Texas 77042 | 3.30% |
| Vanguard Group Inc. | 455 Devon Park Drive Wayne, Pennsylvania 19087-1815 | 2.46% |

---

[1] Listed are the equity security holders of U.S. Concrete, Inc. that hold more than 1% of equity.

| Equity Holder | Address of Equity Holder | Percentage of Equity Held[1] |
|---|---|---|
| William T Albanese | c/o U.S. Concrete, Inc.<br>2925 Briarpark<br>Suite 1050<br>Houston, Texas 77042 | 2.40% |
| Blackrock Fund Advisors | 400 Howard Street<br>San Francisco, California 94105 | 1.90% |
| State Street Corp. | 400 Howard Street<br>San Francisco, California 94105 | 1.77% |
| Voyageur Asset Management | c/o RBC Global Asset Management (U.S.) Inc.<br>100 South Fifth Street<br>Suite 2300<br>Minneapolis, Minnesota 55402-1240 | 1.58% |
| Eugene P Martineau | c/o Polaris Minerals Corp.<br>1055 West Georgia Street<br>Suite 2740, P.O. Box 11175<br>Vancouver, British Columbia V6E 3R5<br>Canada | 1.55% |
| Blackrock Fund Advisors | 400 Howard Street<br>San Francisco, California 94105 | 1.30% |
| Vincent D Foster | 1300 Post Oak Boulevard<br>Suite 800<br>Houston, Texas 77056 | 1.25% |
| Michael D Mitschele | c/o U.S. Concrete, Inc.<br>2925 Briarpark<br>Suite 1050<br>Houston, Texas 77042 | 1.17% |
| Northern Trust Corp. | 50 South LaSalle Street<br>Chicago, Illinois 60603 | 1.13% |
| Whippoorwill Associates | 11 Martine Avenue<br>8th Floor<br>White Plains, New York 10606 | 1.10% |

| Equity Holder | Address of Equity Holder | Percentage of Equity Held[1] |
|---|---|---|
| Michael W Harlan | c/o U.S. Concrete, Inc.<br>2925 Briarpark<br>Suite 1050<br>Houston, Texas 77042 | 1.09% |

## DECLARATION UNDER PENALTY OF PERJURY

I declare under the penalty of perjury that I have read the foregoing list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: April 29, 2010

Robert D. Hardy
Executive Vice President and Chief Financial Officer