# EXHIBIT C

**Utility Service List**

# Utility Service List

| UTILITY PROVIDER | ACCOUNT NO. | ADDRESS | TYPE OF SERVICE | LOCATION SERVED |
|---|---|---|---|---|
| AT&T | 0306008691001 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 2020 GOETZ RD |
| ACT TELECONFERENCING SERVICES INC | 10003174-P26154 | 1526 COLE BLVD STE 300 LAKEWOOD, CO 80401 | TELECOM | 2925 BRIARPARK STE 1050 |
| ALL WASTE SYSTEMS INC | US CONCRETE | 3289 LUYUNG DR RANCHO CORDOVA, CA 95742 | WASTE | 9228 SURVERY RD |
| ALLIED WASTE SERVICES | 3-0210-0010833 | 441 N BUCHANAN CIR PACHECO, CA 94553-5119 | WASTE | 893 WATERBIRD WAY |
| ALLIED WASTE SERVICES #753 | 3-0753-0055752 | 18500 N ALLIED WAY PHOENIX, AZ 85054 | WASTE | 2410 W. BROADWAY RD |
| ALLIED WASTE SERVICES #208 | 3-0208-0010765 | 1145 W. CHARTER WAY STOCKTON, CA 95206 | WASTE | 15540 S MCKINLEY AVE |
| ALLIED WASTE SERVICES #538 | 3-0538-0006482 3-0538-0028556 | 6100 ELLIOTT REEDER RD FORT WORTH, TX 76117 | WASTE | 2725 PREMIER ST 11016 PIPELINE RD |
| ALLIED WASTE SERVICES #915 | 3-0915-4128955 | 1601 DIXON LANDING ROAD MILPITAS, CA 95035-8100 | WASTE | 1 LIVE OAK AVE |
| ALLTEL | 5201036661552 | 2651 NORTH 44TH STREET PHOENIX, AZ 85062 | TELECOM | VARIOUS |
| AMERICAN ELECTRIC POWER | 959-912-049-0-0 950-406-941-1-9 956-176-302-0-7 955-625-222-0-1 957-424-752-0-5 958-178-270-0-9 957-272-722-0-5 957-206-941-1-6 959-433-302-1-7 | 1 RIVERSIDE PLAZA COLUMBUS, OH 43215-2372 | POWER | 1603 SW SHERIDAN RD 620 1/2 N CIMARRON RD 1601 SW SHERIDAN RD 811 W CHERRY 3401 S 4TH ST 2112 W BOIS D ARC AVE 1601 1/2 SW SHERIDAN RD 620 N CIMARRON RD 1601 SW SHERIDAN RD |
| AMERIGAS | 5213003880 | 460 N GULPH RD VALLEY FORGE, PA 19482 | POWER | 2410 W. BROADWAY RD |
| AMERIGAS-SAN DIEGO | US CONCRETE | 9350 MIRAMAR RD SAN DIEGO, CA 92126-4418 | GAS | VARIOUS |
| ARLINGTON UTILITIES | 2-0489.300 | 101 W ABRAM ST ARLINGTON, TX 76004 | WATER | 4040 EDEN RD S |
| AT&T | 508896014001 841721264 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 2735 CACTUS RD SAN DIEGO |
| AT&T | 002-500-4856 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 15540 S MCKINLEY AVE |
| AT&T | 339 343-7415 261 0 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 2735 CACTUS RD SAN DIEGO |
| AT&T | 619 240-8000 260 0 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 2735 CACTUS RD SAN DIEGO |
| AT&T | 619 710-2526 667 5 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 2735 CACTUS RD SAN DIEGO |
| AT&T | 619 710-8695 882 2 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 2735 CACTUS RD SAN DIEGO |
| AT&T | 760 789-3077 605 4 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 2735 CACTUS RD SAN DIEGO |
| AT&T | 960 450-5834 555 4 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 2735 CACTUS RD SAN DIEGO |
| AT&T LONG DISTANCE | 852951890 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 15540 S MCKINLEY AVE 3049 INDEPENDENCE DR 3500 BOULDER ST 1388 COPPER HILL PARKWAY 1 LIVE OAK AVE |
| AT&T MOBILITY | 874493335 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 2735 CACTUS RD SAN DIEGO |

| UTILITY PROVIDER | ACCOUNT NO. | ADDRESS | TYPE OF SERVICE | LOCATION SERVED |
|---|---|---|---|---|
| AT&T MOBILITY | 829150745 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 3049 INDEPENDENCE DR |
| AT&T MOBILITY | 248 134-1000 225 5 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 3049 INDEPENDENCE DR |
| AT&T | 072 085-4535 029 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 1 LIVE OAK AVE |
| AT&T | 810787-40047158 810 R41-06236046 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 33469 W 14 MILE RD |
| AT&T | 072 276-1411 448 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 3500 BOULDER ST |
| AT&T | 072 276-1412 448 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 3049 INDEPENDENCE DR |
| AT&T | 072 276-1413 446 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 1388 COPPER HILL PARKWAY |
| AT&T | 960 755-3363 555 0 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 3500 BOULDER ST 1388 COPPER HILL PARKWAY 3049 INDEPENDENCE DR |
| AT&T LONG DISTANCE | 817561-97854614 | 208 S AKARD ST DALLAS, TX 75202 | TELECOM | 4040 S EDEN RD |
| AT&T MOBILITY | 287002294263 825025427 | 208 S AKARD ST DALLAS, TX 75202 | TELECOM | 33469 W 14 MILE RD |
| AT&T MOBILITY | 2385745 | 205 AKARD STREET DALLAS, TX 75202 | TELECOM | 3369 PAXTONVILLE ROAD |
| AT&T TELECONFERENCE SERVICES | 79454769-00001 | 175 E HOUSTON ST OMAHA, NE 68103 | TELECOM | 2925 BRIARPARK STE 1050 |
| ATLANTIC CITY ELECTRIC | 357541499996 | 5100 HARDING HIGHWAY MAYS LANDING, NJ 08330 | POWER | 475 MARKET ST |
| ATMOS ENERGY | 80-001720934-1393962-2 80-001218214-0989799-7 80-000817588-0686481-6 | 2000 WARRINGTON WAY LOUISVILLE, KY 40222 | GAS | 1001 E CENTRE PARK BLVD 2303 W PIPELINE RD 500 E SYCAMORE ST |
| BGE | 17754-18151 | 100 CONSTELLATION WAY BALTIMORE, MD 21202 | ELECTRIC | 10921 GUILFORD RD |
| BIDWELL ELECTRIC INC. | US CONCRETE | 11211 SORRENTO VALLEY RD SUITE K SAN DIEGO, CA 92121 | POWER | VARIOUS |
| BIRCH COMMUNICATIONS OF TEXAS LTD LLP | 268343 | 4885 RIVERSIDE DR STE 304 COLUMBUS, GA 31902 | TELECOM | 2608 N FM 1788 |
| BIRCH TELECOM | 6180988 | 4885 RIVERSIDE DR SUITE 304 MACON, GA 31210 | TELECOM | VARIOUS |
| BOARD OF WATER SUPPLY | 228-715 | 1 ROOSEVELT SQUARE MOUNT VERNON, NY 10550 | WATER | 1 EDISON AV |
| BOROUGH OF ROSELAND | 2359031 | 19 HARRISON AVE ROSELAND, NJ 07068 | WATER/SEWER | 117 HARRISON AVE |
| BRENTWOOD DISPOSAL SERVICE | 160000165 | 3221 MAIN ST STE 100 OAKLEY, CA 94561 | WASTE | 11911 BRENTWOOD BLVD STE B |
| BROADVIEW NETWORKS | 570-837-1794 050 | 800 WESTCHESTER AVENUE RYE BROOK, NY 10573-1336 | TELECOM | 3369 PAXTONVILLE ROAD |
| BROADVIEW NETWORKS | 201-398-AABB313 | 800 WESTCHESTER AVE RYE BROOK, NY 10573 | TELECOM | 475 MARKET ST STE 301 |
| BUCKEYE ENERGY SERVICES LLC | ARPRE09WS0001 | 3115 STATE ROAD TELFORD, PA 18969 | POWER | 3369 PAXTONVILLE ROAD |
| CALIFORNIA WATER SERVICE CO | 3709444444 | 341 N DELAWARE SAN MATEO, CA 94401-1727 | WATER | 150 S LINDEN AVE |
| CALL ONE | 1010-5066-0000 | 123 N WACKER DR, FLOOR 7 CHICAGO, IL 60606 | TELECOM | 4301 DANHILL DR |
| CAPROCK WASTE | 111283 | 2416 ERSKINE ST LUBBOCK, TX 79408 | WASTE | 1405 N GARY |

| UTILITY PROVIDER | ACCOUNT NO. | ADDRESS | TYPE OF SERVICE | LOCATION SERVED |
|---|---|---|---|---|
| CENTERPOINT ENERGY ARKLA | 1525547-4<br>113782-7<br>113783-5<br>517428-9 | 1111 LOUISIANA ST<br>HOUSTON, TX 77210 | GAS | 2112 W BOIS D ARC AVE<br>1601 SW SHERIDAN RD<br>1601 1/2 SW SHERIDAN RD<br>2100 W BOIS D ARC AVE |
| CENTRAL COMMUNICATIONS | 700602 | 4324 LATHAM SUITE 110<br>RIVERSIDE, CA 92501 | TELECOM | 2925 BRIARPARK DR |
| CENTRAL TEXAS TELEPHONE COOP INC | 742803 | 1012 REILLEY<br>GOLDTHWAITE, TX 76844 | TELECOM | VARIOUS |
| CENTURYLINK COMMUNICATIONS INC | 2543863668716 | 100 CENTURYLINK DRIVE<br>MONROE, LA 71203 | TELECOM | VARIOUS |
| CIRRO ENERGY | 141025-3 | 501 W PRES GEORGE BUSH HWY STE 350<br>RICHARDSON, TX 75080 | POWER | 6222 E INTERSTATE 20 |
| CITY OF ABILENE | 07-5965-00<br>14-0990-00<br>54-1429-00<br>14-4525-00 | 534 CYPRESS<br>ABILENE, TX 79604-3479 | WATER | 1801 N DANVILLE DR<br>5401 S 1ST ST<br>126 HARDISON LN<br>1765 N DANVILLE |
| CITY OF BALLINGER | 474801 | 106 9TH ST<br>BALLINGER, TX 76821 | WATER | 1440 SH 158 |
| CITY OF BRECKENRIDGE | 09193000 | 105 N ROSE AVE<br>BRECKENRIDGE, TX 76424 | WATER/SEWER | 508 E LINDSEY ST |
| CITY OF BROWNFIELD | 27086502 | 201 W BROADWAY<br>BROWNFIELD, TX 79316 | WATER/WASTE | 1607 LUBBOCK RD |
| CITY OF BROWNWOOD | 40-0010-01<br>40-1038-01 | 501 CENTER AVE<br>BROWNWOOD, TX 76801 | WATER | 2020 FISK<br>4301 DANHILL DR |
| CITY OF CELINA | 03-1180-00 | 302 W WALNUT<br>CELINA, TX 75009 | WATER | 1029 N BUS 289 |
| CITY OF CLEBURNE | 08-0485-00 | 10 NORTH ROBINSON<br>CLEBURNE, TX 76033 | WATER | 502 MULBERRY ST |
| CITY OF COLEMAN | 03373500 | 200 WEST LIVEOAK ST<br>COLEMAN, TX 76834 | WATER | 510 TRINITY |
| CITY OF DALLAS | 100363655<br>100063100<br>100291433<br>100363642 | 320 E JEFFERSON BLVD<br>DALLAS, TX 75203 | WATER | 4500 S LOOP 12<br>11080 LUNA RD<br>3301 NATIONAL ST |
| CITY OF DENTON | 3740338-03<br>3740340-05<br>3750384-03<br>4100897-03 | 601 E HICKORY ST STE D<br>DENTON, TX 76205 | WATER/POWER/WASTE | 406 E SYCAMORE ST<br>509 E PRAIRIE ST<br>509 E PRAIRIE ST<br>408 E SYCAMORE ST |
| CITY OF DESOTO | 018-0006000-000<br>018-0006002-000 | 211 E PLEASANT RUN RD<br>DESOTO, TX 75123-0550 | WATER | 1001 E CENTRE PARK BLVD |
| CITY OF EASTLAND | 07104000 | 113 EAST COMMERCE ST<br>EASTLAND, TX 76448 | WATER | 301 FM 3101 |
| CITY OF ELK GROVE | 52477-90758 | 8400 LAGUNA PALMS WAY<br>ELK GROVE, CA 95758 | WATER | 9228 SURVEY RD |
| CITY OF EULESS | 30541-22788<br>58623-36136 | 201 N ECTOR DR<br>EULESS, TX 76039 | WATER/WASTE | 1100 WESTPARK WAY<br>331 N MAIN ST A |
| CITY OF FORT WORTH | 34837-35452<br>34837-33924<br>34837-35454<br>1185833-634362<br>647637-370310<br>1066075-607382<br>34837-35458 | 1000 THROCKMORTON ST<br>FORT WORTH, TX 76102 | WATER | 2725 PREMIER ST<br>13001 OLD DENTON RD<br>11020 S PIPELINE RD |
| CITY OF FREDERICK | 09-0390-00 | 200 WEST GRAND<br>FREDERICK, OK 73542 | WATER/POWER/WASTE | 1020 N 10TH |
| CITY OF FRISCO | 32-6245-00 | 6101 FRSICO SQUARE BLVD<br>FRISCO, TX 75034 | WATER/WASTE | 14800 HWY 121 EAST |
| CITY OF GAINESVILLE | 006-0055000-001<br>006-0055000-001 | 200 S RUSK<br>GAINESVILLE, TX 76240 | WATER | 500 JEFFERSON |
| CITY OF GOLDTHWAITE | 06-0153-00 | 1218 FISHER ST<br>GOLDTHWAITE, TX 76844 | ELECTRIC | 2112 US HWY 84 W |

| UTILITY PROVIDER | ACCOUNT NO. | ADDRESS | TYPE OF SERVICE | LOCATION SERVED |
|---|---|---|---|---|
| CITY OF HALTOM CITY | 033-0004130-002 | 5024 BROADWAY AVE<br>HALTO CITY, TX 76117 | WATER | 5517 DENTON HWY |
| CITY OF HAMILTON | 776 | 200 E MAIN<br>HAMILTON, TX 76531 | WATER/SEWER/ WASTE | 1208 PARK ROAD |
| CITY OF LATHROP | 23833-6338 | 390 TOWN CENTRE DRIVE<br>LATHROP, CA 95330 | WATER | 15540 SOUTH MCKINLEY AVE |
| CITY OF LAWTON | 17504 | 103 SW 4TH ST<br>LAWTON, OK 73501 | WATER/WASTE | 1601 SW SHERIDAN RD |
| CITY OF LEVELLAND | 33-0800-01 | 1709 AVE H<br>LEVELLAND, TX 79336 | WATER/SEWER/ WASTE | 200 WEST AVE SOUTH |
| CITY OF LEWISVILLE | 033-0001674-000<br>003-0001675-001 | 151 W CHURCH ST<br>LEWISVILLE, TX 75029-9002 | WATER | 725 E COLLEGE ST |
| CITY OF LITTLEFIELD | 03163301 | 100 WEST 6TH STREET<br>LITTLEFIELD, TX 79339 | WATER/SEWER/ WASTE | 1620 E DELANO |
| CITY OF PHOENIX | 9450700000<br>0550700000<br>1748200000 | WATER SERVICES DEPARTMENT<br>305 W WASHINGTON ST<br>PHOENIX, AZ 85003-2100 | SEWER/WASTE | 2410 W. BROADWAY RD<br>301 W. BROADWAY RD |
| CITY OF PILOT POINT | 005-0002040-001 | 102 E MAIN ST<br>PILOT POINT, TX 76258 | WATER | 300 W BROAD ST |
| CITY OF PLEASANTON | 115959-0 | 200 OLD BERNAL AVE<br>PLEASANTON, CA 94566 | WATER | 3500 BOULDER ST |
| CITY OF REDWOOD CITY | 1050-561940 | 1017 MIDDLEFIELD RD<br>REDWOOD CITY, CA 94064 | WATER | 635 SEAPORT BLVD |
| CITY OF SAN ANGELO | 165665-104604 | 122 W 1ST ST<br>SAN ANGELO, TX 76902-5820 | WATER | 5235 CHRISTOVAL RD |
| CITY OF SAN SABA | 57-1954-00 | 303 S. CLEAR<br>SAN SABA, TX 76877 | WATER/SEWER | 1207 PIERCE W |
| CITY OF SANGER | 09-4400-00<br>11-1716-00 | 310 N SANGER<br>DALLAS, TX 75265-0205 | WATER/POWER/ WASTE | 904 A UTILITY RD. EL MTR<br>904 B UTILITY RD |
| CITY OF SHERMAN | 208-4030-06 | 405 NORTH RUSK ST<br>SHERMAN, TX 75090 | WATER/WASTE | 6102 THERESA DR |
| CITY OF SONORA | 05036000 | 201 MAIN STREET<br>SONORA, TX 76950 | WATER/SEWER/ WASTE | 201 W 1ST ST |
| CITY OF STEPHENVILLE | 09006000 | 298 W WASHINGTON ST<br>STEPHENVILLE, TX 76401 | WATER | 1375 N BATES |
| CITY OF WHITESBORO | 04-0720-01 | 111 WEST MAIN<br>WHITESBORO, TX 76273 | WATER | 706 W MAIN ST |
| CIWA INC | NONE | 11630 SOUTHWOOD DR<br>SARATOGA, CA 95070-3617 | WASTE | VARIOUS |
| CONCHO VALLEY ELECTRIC COOP | 785820<br>1000400 | 2530 PULLIAM ST<br>SAN ANGELO, TX 76902-3388 | POWER | 1816 DOUBLE BARRELL RD |
| CONSOLIDATED EDISON COMPANY OF NY INC | 52-2003-0002-0100-7<br>61-1412-1143-0300-9<br>70-0625-7050-0002-1<br>65-5104-9735-0001-8 | 723 EAST 13TH ST<br>NEW YORK, NY 10009 | ELECTRIC | 3 EDISON AVE REAR<br>640 COLUMBIA ST SNT<br>333 CHELSEA RD ENT<br>9826 DITMAS AVE ENT |

| UTILITY PROVIDER | ACCOUNT NO. | ADDRESS | TYPE OF SERVICE | LOCATION SERVED |
|---|---|---|---|---|
| CONSTELLATION NEW ENERGY INC | 10443720005383600<br>10443720005533100<br>10443720001524400<br>10400514068570000<br>10400513955360000<br>10443720007262300<br>10443720005383500<br>10443720007977200<br>10443720003916000<br>10443720001406900<br>10443720006910300<br>10443720006360400<br>10443720005567200<br>10443720004694500<br>10443720007545900<br>10443720006689500<br>10443720001389100<br>10443720001389200<br>10400512578420000<br>10443720005336600<br>10443720002278200<br>10443720004002300<br>10443720006349800<br>10443720002278100<br>10443720004380000<br>10443720006350700<br>10443720006462900<br>10443720002278200<br>10443720001910800<br>10443720001910700<br>10443720001524300 | 1950 N STEMMONS FWY<br>STE 5010<br>DALLAS, TX 75207 | POWER | 4500 S LOOP 12<br>5517 DENTON HWY<br>725 E COLLEGE ST<br>11080 LUNA RD<br>6202 THERESA DR<br>11016 S PIPELINE RD<br>4040 S EDEN RD<br>4016 S EDEN RD<br>1001 CENTRE PARK BLVD<br>3985 N INTERSTATE HIGHWAY 35 E<br>3301 NATIONAL ST A<br>1029 N BUS 289<br>1029 N BUS HWY 289<br>300 W BROAD ST<br>12909 EASTGATE DR<br>2725 PREMIER ST<br>518 E SCOTT ST<br>2725 PREMIER ST #C |
| CONTRA COSTA WATER DISTRICT | 012-0965-0<br>012-0960-0 | 1331 CONCORD AVE<br>CONCORD, CA 94524-2099 | WATER | 993 WATERBIRD WAY |
| COOKE COUNTY | 2611501 | 11799 WEST US HWY 82<br>MUENSTER, TX 76252 | POWER | WEST OF WHITESBORO |
| COSERV | 170000122<br>553500017<br>865101231<br>865104440<br>170000113<br>955504760<br>955504780<br>955590001<br>955504720 | 7701 S. STEMMONS<br>CORINTH, TX 76210-1842 | POWER | I-35 & FM 1171<br>749 CTY RD 27<br>HWY 121 E OF 289<br>HWY 380 TO FM 720 N 3.7M<br>2405 FM 720 W<br>FM 720 S OF HWY 380 E 3M |
| DALLAS COUNTY | 017-0018000-001 | 823 N. GALLOWAY<br>MESQUITE, TX 75149 | WATER | EASTGATE 12909 |
| DC WATER AND SEWER AUTHORITY | 1050210 | 1601 SOUTH CAPITOL ST SW<br>WASHINGTON, DC 20003-3532 | WATER | 4600 FORBES BLVD<br>STE 105 |
| DUNCAN DISPOSAL | 3-0794-4422111<br>3-0538-0082844<br>3-0794-4316689<br>3-0794-4404529 | 1212 HARRISON AVENUE<br>ARLINGTON, TX 76012 | WASTE | 3301 NATIONAL ST<br>331 N MAIN ST<br>1001 E CENTRE PARK BLVD<br>11080 LUNA RD |
| DUNCAN UTILITIES | 369-01000-00 | 720 W WILLIW AVE<br>DUNCAN, OK 73533 | WASTE | 2112 W BOIS D ARC AVE |
| EAST BAY MUNICIPAL UTILITY | 13300373<br>24390262 | 375 11TH ST<br>OAKLAND, CA 94607 | WATER | 401 EMBARCADERO OAK<br>2500 PERALTA ST OAK |
| EASTERN MUNICIPAL WATER | 49777-02 | 2270 TRUMBLE RD<br>PERRIS, CA 92570 | WATER | 2020 GOETZ RD |
| EL DORADO DISPOSAL | 4030300741 | 11931 FOUNDATION PLACE<br>GOLD RIVER, CA 95670-4538 | WASTE | 3527 DUROCK RD |
| EL DORADO IRRIGATION DISTRICT | 85804001 | 2890 MOSQUITO RD<br>PLACERVILLE, CA 95667 | WATER | 3527 DUROCK RD |

| UTILITY PROVIDER | ACCOUNT NO. | ADDRESS | TYPE OF SERVICE | LOCATION SERVED |
|---|---|---|---|---|
| ELIZABETHTOWN GAS | 5983611771 | 148 EDISON RD<br>STEWARTSVILLE, NJ 08886 | GAS | 3620 ROUTE 23 |
| EMBARQ | 300205742 | 1615 BLUFF CITY HWY<br>DALLAS, TX 75266 | TELECOM | 3533 N 281 |
| EMBARQ COMMUNICATIONS INC | 1003746792 | 5454 W 110 ST<br>SHAWNEE MISSION, KS 66211-1204 | TELECOM | 3620 ROUTE 23 |
| ENTERGY | 84659358 | 446 NORTH BLVD<br>BATON ROUGE, LA 70802-5717 | ELECTRIC | 2317 HAMPTON DR |
| FRONTIER | 91668569000621800 | 1398 S WOODLAND BLVD<br>DELAND, FL 32720-7731 | TELECOM | 755 STOCKTON AVE |
| GEORGIA POWER COMPANY | 33748601201 | 241 RALPH MCGILL BLVD<br>ATLANTA, GA 30308-3374 | POWER | 620ST ANDREWS DR |
| GEXA ENERGY | 996990-3<br>995079<br>995080<br>995085<br>996991<br>996993<br>996994<br>996996 | 20 GREENWAY PLAZA<br>STE 600<br>HOUSTON, TX 77046 | ELECTRIC | NECESSITY RD GRAVEL PL<br>508 E LINDSEY ST<br>500 E LINDSEY ST<br>1801 N DANVILLE DR<br>1765 N DANVILLE DR<br>1801 N DANVILLE DR |
| GREENWASTE RECOVERY INC | 550-1247577<br>550-1247140<br>550-1247686<br>550-1247468<br>550-1247795 | 1500 BERGER DR<br>SAN JOSE, CA 95112 | WASTE | 790 STOCKTON AVE<br>457 QUEENS LN<br>661 UNIVERSITY AVE<br>755 STOCKTON AVE<br>610 MCKENDRIE |
| HAWK ELECTRONICS | 275682 | 5718 AIRPORT FREEEWAY<br>FORT WORTH, TX 76117 | TELECOM | 1100 WESTPARK WAY |
| HAYWARD WATER SYSTEM | 58-02560.00<br>58-02565.00 | 777 B ST<br>HAYWARD, CA 94541 | WATER | 1844 W WINTON AVE |
| HELLERS GAS | 3-64956L | 200 ZEIGLER ROAD<br>LEWISBURG, PA 17837 | GAS | 3369 PAXTONVILLE ROAD |
| HILCO ELECTRIC COOPERATIVE INC | 4603731301<br>4400555701<br>4603035201 | 115 E MAIN<br>ITASCA, TX 76055 | POWER | VARIOUS |
| HUDSON ENERGY | 100110165 | 5100 OCONNOR BLVD<br>STE 300<br>IRVING, TX 75039-4309 | ELECTRIC | 2300 AVENUE Q |
| HUGHES NETWORK SOLUTIONS | SME00313 | 11717 EXPLORATION LANE<br>GEMANTOWN, MD 20876 | TELECOM | 1100 WESTPARK WAY |
| IESI HALTOM CITY | 4001048 | 4001 OLD DENTON RD<br>HALTOM CITY, TX 76117-2204 | WASTE | 5517 DENTON HWY 15 |
| IESI JUSTIN | 1016554 | 802 TOPEKA<br>JUSTIN, TX 76247 | WASTE | 1100 WESTPARK WAY |
| IESI MCKINNEY | 003008303 | 2138 COUNTRY LN<br>DALLAS, TX 75265 | WASTE | 1100 WESTPARK WAY |
| IESI WAXAHACHIE | 49003474 | 3537 SOUTH HWY 287<br>WAXAHACHIE, TX 75165-7450 | WASTE | 1230 SOLON RD |
| IESI STEPHENVILLE | 057000161 | 1291 N BATES<br>STEPHENVILLE, TX 76401-2703 | WASTE | 3533 N HWY 281 |
| IESI TEXOMA | 23009565 | 2138 COUNTRY LN<br>DALLAS, TX 75265 | WASTE | 300W BROAD ST |
| IESI FORT WORTH | 4001048 | 4001 OLD DENTON RD<br>HALTOM CITY, TX 761117-2204 | WASTE | 5517 DENTON HWY 15 |
| IESI MINERAL WELLS | 011022396 | 317 LEE RD<br>DALLAS, TX 75265 | WASTE | 1911 ACTON HWY |
| INTERCALL | 195868 | 15272 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | TELECOM | 2925 BRIARPARK<br>STE 1050 |
| JACKPOT SANITATION SERVICE | US CONCRETE | 4342 N 38TH DR<br>PHOENIX, AZ 85019 | POWER | 2410 W. BROADWAY RD |
| JERSEY CENTRAL POWER & LIGHT | 100068379492 | 76 MAIN ST<br>AKRON, OH 44308-1890 | POWER | 1 RAILROAD AVE |

| UTILITY PROVIDER | ACCOUNT NO. | ADDRESS | TYPE OF SERVICE | LOCATION SERVED |
|---|---|---|---|---|
| JERSEY CITY MUNICIPAL UTIL AUTH | 30300999981420 | 69 DEVOE PL<br>HACKENSACK, NJ 07601 | WATER | 255 BROADWAY |
| JOSE TELLEZ | 2577913598-4 | 545 LIVE OAK AVENUE<br>MORGAN HILL, CA 95037-9245 | POWER | 1 LIVE OAK AVE |
| KAMPS PROPANE | 68602 | 1929 MOFFAT BLVD<br>MANTECA, CA 95336 | POWER | 15540 SOUTH MCKINLEY AVE |
| KNOLOGY | 1380399 | 1240 O G SKINNER DR<br>WEST POINT, GA 31833 | TELECOM | 700 SEAGULL BEACH RD |
| LINE SYSTEMS INC | 52568 | 1645 WEST CHESTER PIKE<br>STE 200<br>WEST CHESTER, PA 19382 | TELECOM | VARIOUS |
| LIVERMORE DUBLIN DISPOSAL | 200-0072443-2214-0 | 6175 SOUTH FRONT ROAD<br>LIVERMORE, CA 94550 | WASTE | 3049 INDEPENDENCE DR |
| LUBBOCK POWER & LIGHT | 9512577-9844044 | 1301 BROADWAY<br>LUBBOCK, TX 79401-3278 | POWER | 6601 ASH AVE |
| MATRIX TELECOM INC | 5204127941-0000 | 300 N MERIDIAN<br>SUITE 200N<br>OKLAHOMA CITY, OK 73107 | TELECOM | VARIOUS |
| MCI COMM SERVICE | 7DG84255 | 27732 NETWORK PL<br>CHICAGO, IL 60673 | TELECOM | 755 STOCKTON AVE |
| MEDICINE PARK PUBLIC WORKS AUTHORITY | 11000 | 1601 S SHERIDAN<br>LAWTON, OK 73501 | WATER | 257 E LAKE DR |
| MEMPHIS LIGHT GAS & WATER | 1031021143628 | 245 S MAIN ST<br>MEMPHIS, TN 38145 | WATER | 1770 MORIAH WOODDS BL STE 12 |
| METROPOLITAN TELECOMMUNICATIONS | 668246<br>668247 | 55 WATER ST 31ST FLOOR<br>MANCHESTER, NH 03108 | TELECOM | 1305 SAN MATEO AVE<br>150 S LINDEN AVE |
| NATIONAL GRID | 06031-65244 | 9423 FOSTER AVE<br>BROOKLYN, NY 11202 | GAS | 9814 DITMAS AVE |
| NAVARRO COUNTY ELECTRIC COOPERATIVE INC | 2868801 | 3800 W HWY 22<br>CORSICANA, TX 75151-0616 | POWER | CR NE 3270 SHOP/ SCALE HOUSE |
| NEW JERSEY NATURAL GAS CO | 02-3416-7115-12 | 1415 WYCKOFF RD<br>WALL, NJ 07715-0001 | GAS | 475 MARKET ST |
| NYC WATER BOARD | 90000-37209-001<br>60003-31654-001 | 5917 JUNCTION BLVD<br>NEW YORK, NY 10008 | WATER | 333 CHELSEA RD<br>475 MARKET ST |
| OKLAHOMA ELECTRIC COOPERATIVE | 2701133001<br>2701133101 | 242 24TH AVE NW<br>NORMAN, OK 73069 | POWER | SNOW HILL INDUSTRIAL PK |
| OKLAHOMA NATURAL GAS | 210538903 1492266 73 | 401 N HARVEY<br>OKLAHOMA CITY, OK 73101-0401 | GAS | 1016 N MAIN ST |
| ORANGE AND ROCKLAND UTILITIES INC | 53470-96007 | 390 WEST ROUTE 59<br>SPRING VALLEY, NY 10977-5300 | ELECTRIC | 20 FORD PRODUCTS RD |
| OTAY WATER DISTRICT | 900-4117-03,<br>218-0702-03,<br>912-1782-03 | 2554 SWEETWATER SPRINGS BLVD<br>SPRING VALLEY, CA 91978 | WATER | 2735 CACTUS RD SAN DIEGO |
| P.G.E. | 1738653024-4<br>2930770486-5<br>5757628728-8<br>2930770486-5<br>5296638392-0<br>1202913686-3<br>1244580350-0<br>3988909351-2 | ONE MARKET, SPEAR TOWER<br>SUITE 2400<br>SAN FRANCISCO, CA 94105 | GAS/ELECTRIC | 3049 INDEPENDENCE DRIVE<br>3500 BOULDER ST<br>1 LIVE OAK AVE<br>15540 S MCKINLEY AVE |
| PACIFIC GAS & ELECTRIC | 9432087621-5 | 1030 DETROIT AVE<br>CONCORD, CA 94518 | POWER | 893 WATERBIRD WAY |

88614-001\DOCS_DE:159478.1

| UTILITY PROVIDER | ACCOUNT NO. | ADDRESS | TYPE OF SERVICE | LOCATION SERVED |
|---|---|---|---|---|
| PACIFIC GAS & ELECTRIC | 6962520338-0<br>7004187002-6<br>7045853666-4<br>7087520330-2<br>7129186994-0<br>5170741142-0<br>5295741134-2<br>5337407798-9<br>5410407900-6<br>3920883070-1<br>6087485975-8<br>3577057996-5<br>7970516485-7<br>3577057996-5<br>3754216414-2<br>2712549814-0 | 111 ALMADEN BLVD<br>SAN JOSE, CA 95113 | POWER | 457 QUEENS LN<br>610 MCKENDRIE ST<br>755 STOCKTON AVE<br>889 STOCKTON AVE<br>928 STOCKTON AVE |
| PACIFIC GAS & ELECTRIC | 3638584722-7<br>8281039267-8 | 1919 WEBSTER ST<br>OAKLAND, CA 94612 | POWER | 401 EMBARCADERO<br>2400 PERALTA ST |
| PACIFIC GAS & ELECTRIC | 5305578796-3<br>7006342535-2<br>7172763043-7<br>7464429691-0<br>7172763043-7<br>7464429691-0 | 24300 CLAWITER RD<br>HAYWARD, CA 94545 | POWER | 1844 W WINTON AVE<br>1850 W WINTON AVE |
| PACIFIC GAS & ELECTRIC | 4589213835-0<br>6214073969-9<br>0995737470-6<br>3964213875-2<br>8751244657-3<br>5464213779-5 | 275 INDUSTRIAL RD<br>SAN CARLOS, CA 94070 | POWER | 150 S LINDEN AVE<br>201 S LINDEN AVE<br>205 S LINDEN AVE<br>1305 SAN MATEO AVE<br>635 SEAPORT BLVD |
| PACIFIC GAS & ELECTRIC | 7808415387-9<br>7850082051-5<br>7891748715-5<br>7933415379-2 | 800 W 2ND ST<br>ANTIOCH, CA 94509 | POWER | WS HWY4 ACROSS FROM TIMBER RD<br>WS HWY 4 AT BYRON HWY JUNCTION |
| PACIFIC GAS & ELECTRIC | 3611332481-2 | 998 MURRIETA BLVD<br>LIVERMORE, CA 94550 | POWER | 1645 STANLEY BLVD |
| PAETEC COMMUNICATIONS | US CONCRETE | 600 WILLANBROCK PARK<br>FAIRPORT, NY 14450 | TELECOM | VARIOUS |
| PEPCO | 110096500 | 701 NINTH ST NW<br>WASHINGTON, DC 20068-0001 | ELECTRIC | 1601 S CAPITOL ST SW |
| PETROLEUM RESOURCES, INC. | US CONCRETE PRECAST GROUP | 11564 E. CARIBBEAN LANE<br>SCOTTSDALE, AZ 85255 | TELECOM | 2410 W. BROADWAY RD |
| PLEASANTON GARBAGE SERVICE INC | 149234 | 3110 BUSCH RD<br>PLEASANTON, CA 94566 | WASTE | EL CHARRO RD 00050 |
| PLEASANTON GARBAGE SERVICE INC | 2404125 | 3110 BUSCH ROAD<br>PLEASANTON, CA 94566 | WASTE | 3500 BOULDER ST |
| PP&L | 11250-55022<br>11650-55006<br>11450-55000<br>06086-32006 | 827 HAUSMAN RD<br>ALLENTOWN, PA 18104-9392 | POWER | 3369 PAXTONVILLE ROAD |
| PUBLIC SERVICE ELEC & GAS | 6508802003<br>6689178706<br>4200561603<br>6554109005<br>4200895307<br>6650181005<br>6524545303<br>4200290308 | 80 PARK PLAZA<br>NEWARK, NJ 07102 | ELECTRIC | 305 W FORT LEE RD<br>117 HARRISON AVE<br>265 BROADWAY<br>STEEL CT |
| PYRAMID COMMUNICATION SVC INC | 6726 | 2009 MCKENZIE DR<br>SUITE 130<br>CARROLLTON, TX 75010 | TELECOM | 1100 WESTPARK WAY |
| QWEST | J-602-111-9952 708M | 1801 CALIFORNIA ST<br>DENVER, CO 80202 | TELECOM | 2410 W. BROADWAY RD |

8

| UTILITY PROVIDER | ACCOUNT NO. | ADDRESS | TYPE OF SERVICE | LOCATION SERVED |
|---|---|---|---|---|
| QWEST | 61451445<br>60401170 | 6000 PARKWOOD PLACE<br>DUBLIN, OH 43016 | TELECOM | 2925 BRIARPARK STE 1050 |
| QWEST | 72623603 | 1801 CALIFORNIA ST<br>DENVER, CO 80202 | TELECOM | 2410 W. BROADWAY RD |
| QWEST COMMUNICATIONS | 36570153 | 6000 PARKWOOD PLACE<br>DUBLIN, OH 43016 | TELECOM | VARIOUS |
| RIO LINDA/ELVERTA COMMUNITY | 2028000 | L STREET<br>RIO LINDA, CA 95673 | WATER | 830 W ELKHORN B |
| SACRAMENTO COUNTY UTILITIES | 50001015261 | 9700 GOETHE RD<br>STE C<br>SACRAMENTO, CA 95827 | WATER | 9228 SURVEY RD |
| SAFETY KLEEN SYSTEMS INC. | US CONCRETE | 197 VERNON WAY<br>EL CAJON, CA 92020-1926 | WASTE | VARIOUS |
| SAN DIEGO GAS & ELECTRIC | 2870614296 | 8326 CENTURY PARK COURT<br>SAN DIEGO, CA 92123-4150 | POWER | 2735 CACTUS RD<br>SAN DIEGO |
| SAN JOSE WATER CO | 13122-7<br>219650-9<br>220093-9<br>366415-8<br>13100-3<br>13082-3<br>220116-8<br>353726-3 | 374 W SANTA CLARA ST<br>SAN JOSE, CA 95196 | WATER | 928 STOCKTON AVE<br>457 QUEENS LN<br>790 STOCKTON AVE<br>755 STOCKTON AVE FS<br>610 MCKENDRIE ST<br>854 STOCKTON AVE<br>889 STOCKTON AVE<br>755 STOCKTON AVE |
| SANTA CLARA VALLEY WATER DISTRICT | 06S01E31F001 | 5750 ALMADEN EXPWY<br>SAN JOSE, CA 95118 | WATER | 755 STOCKTON AVE |
| SMECO | 8801800000 | 15035 BURNT STORE RD<br>BALTIMORE, MD 21264 | ELECTRIC | 3189 W WARD RD |
| SMUD | 1933547 | 6201 S ST<br>SACRAMENTO, CA 95817 | POWER | 9228 SURVEY RD |
| SOUTH SAN FRANCISCO SCAVENGER | 32775<br>25069<br>25295 | 500 EAST JAMIE COURT<br>SAN FRANCISCO, CA 94083-0348 | WASTE | 205 SOUTH LINDEN AVE - WESTSIDE BLDG MAT<br>150 SOUTH LINDEN AVE<br>1305 SAN MATEO AVE |
| SOUTHERN CALIFORNIA EDISON | 2233688449 | 2244 WALNUT GROVE AVENUE<br>ROSEMEAD, CA 91770 | POWER | 2020 GOETZ RD |
| SOUTHERN CALIFORNIA GAS COMPANY | 8397132716 | 555 WEST 5TH STREET<br>LOS ANGELES, CA 90013-1022 | POWER | 2020 GOETZ RD<br>PERRIS, CA 92572 |
| SPRINT | 446448936 | 6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251-4300 | TELECOM | 3620 ROUTE 23 |
| SPRINT | US CONCRETE | 6200 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | TELECOM | VARIOUS |
| SPRINT | US CONCRETE | 6200 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251 | TELECOM | VARIOUS |
| SPRINT | 925823081 | 6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251-4300 | TELECOM | 2410 W. BROADWAY RD |
| SPRINT DATA | 13155704 | 6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251-4300 | TELECOM | 2925 BRIARPARK DRIVE |
| SPRINT/NEXTEL | 510015111 | 6391 SPRINT PARKWAY<br>OVERLAND PARK, KS 66251-4300 | TELECOM | 2410 W. BROADWAY RD |
| SRP | 111-542-004<br>971-102-009 | 1521 N PROJECT DR<br>TEMPE, AZ 85281-1298 | ELECTRIC | 301 W. BROADWAY RD<br>2410 W. BROADWAY RD |
| SUBURBAN PROPANE | 2347243709 | ONE SURBURBAN PLAZA<br>240 ROUTE 10<br>WEST WHIPPANY, NJ 07981-0206 | GAS | 117 HARRISON AVE |
| SUBURBAN PROPANE INC | 1644-000000977-002 | 3105 MONTEREY ROAD<br>SAN JOSE, CA 95153 | POWER | 1 LIVE OAK AVE |
| SUDDENLINK | 10000140057077730000 | 603 COLLEGE ST<br>ALVA, OK 73717 | TELECOM | 3401 S 4TH ST |
| SUSSEX RURAL ELECTRIC | 37019-002 | 64 COUNTY ROUTE 639<br>SUSSEX, NJ 07461 | POWER | 0 SCENIC LAKES RD |
| TAYLOR ELECTRIC COOP | 13604 | 226 COUNTY RD 287<br>BIRMINGHAM, AL 35287 | POWER | MAIN HOUSE & SL |

| UTILITY PROVIDER | ACCOUNT NO | ADDRESS | TYPE OF SERVICE | LOCATION SERVED |
|---|---|---|---|---|
| THE CITY OF SAN DIEGO | US CONCRETE | 202 C STREET, MAIL STATION 7B SAN DIEGO, CA 92101 | TELECOM | VARIOUS |
| TOWN OF PROSPER | 050-0122000-001 | 121 W BROADWAY PROSPER, TX 75078 | WATER | 706 S DALLAS |
| TRASHAWAY SERVICE | 3439240027575 3438280303941 | 1422 HUGHES ST SAN ANGELO, TX 76903 | WASTE | 1040 FOSTER RD 2601 N FM 1788 |
| TRITON NETWORKS | 40 | 12160 ABRAMS RD DALLAS, TX 75243 | TELECOM | 1440 HWY 158 |
| TUTTLE PUBLIC WORKS | 4.06950.01 | 301 W MAIN ST TUTTLE, OK 73089 | WATER/WASTE | 620 CIMARRON RD |
| TXU ENERGY | 100007171713 | 6555 SIERRA DR IRVING, TX 75039 | POWER | 331 N MAIN ST |
| UNION DISTRIBUTING | 45683 | 622 S 56TH AVE PHOENIX, AZ 85043 | POWER | 2410 W. BROADWAY RD |
| UNITED COOPERATIVE SERVICES | 127233 10-970100-0284 METER # 036-854-568 10-970100-0284 METER # 004-082-648 10-970100-0276 6704-002 WATER WELL 6704-004 SHOP 6704-005 75737-002 75736-010 | 1200 GLEN ROSE HWY STEPHENVILLE, TX 76401 | WATER | 1911 ACTON HWY 11830 MITCHELL BEND CT |
| UNITED STATES CELLULAR | 540063159 | 4700 S GARNETT RD TULSA, OK 74146-5299 | TELECOM | 2112 W BOIS D ARC AVE |
| UNITED WATER NEW JERSEY | 10000996437698 | 69 DEVOE PL HACKENSACK, NJ 07601 | WATER | 305 W FORT LEE RD |
| UNITED WATER NEW YORK | 2.0001E+13 | 360 WEST NYACK RD WEST NYACK, NY 10994 | WATER | 20 FORD PRODUCTS RD |
| VERIZON | 9146644753137690 | 1901 10TH STREET PLANO, TX 75074 | TELECOM | 475 MARKET ST |
| VERIZON | 570 837-1774 555 60Y 621568064-00001 | 140 WEST STREET 29TH FLOOR NEW YORK, NY 10007 | TELECOM | 3369 PAXTONVILLE ROAD |
| VERIZON | 45 4786-3906222570 01 | ONE TAMPA CITY CENTER 201 N. FRANKLIN ST. #1800 TAMPA, FL 33602 | TELECOM | 15540 S MCKINLEY AVE |
| VERIZON | 01 0153 1196238405 03 | ONE TAMPA CITY CENTER 201 N. FRANKLIN ST. #1800 TAMPA, FL 33602 | TELECOM | 1 LIVE OAK AVE |
| VERIZON BUSINESS | 14613X26 | 500 2ND AVE SE CEDAR RAPIDS, IA 52401 | TELECOM | 1100 WESTPARK WAY |
| VERIZON BUSINESS | 7800010471X26 | 500 TECHNOLOGY DRIVE WELDON SPRINGS, MO 63304 | TELECOM | 1 LIVE OAK AVE |
| VERIZON ONLINE | 44402241413 | 135 EAST STATE STREET TRENTON, NJ 08650 | TELECOM | VARIOUS |
| VERIZON SOUTHWEST | 416598373100091000 | 140 WEST ST NEW YORK, NY 10013 | TELECOM | VARIOUS |
| VERIZON WIRELESS | 580857166-00001 | 777 BIG TIMBER ROAD ELGIN, IL 60123 | TELECOM | 33469 W 14 MILE RD |
| VERIZON WIRELESS | 012583110747477004 012583118851499800 | 1 VERIZON WAY BASKING RIDGE, NJ 07920-1025 | TELECOM | 2020 GOETZ RD PERRIS, CA 92572 |
| VERIZON WIRELESS | 619750670-00006 | 1 VERIZON WAY BASKING RIDGE, NJ 07920-1025 | TELECOM | 2410 W. BROADWAY RD |
| VIEWCAPS WSC | 540 | 7017 HWY 277 SO ABILENE, TX 79606 | WATER | VARIOUS |
| VULCAN MATERIALS CO (UTILITIES) | 812-1934 | 1200 URBAN CENTER DR BIRMINGHAM, AL 35242 | ELECTRIC | EL CHARRO RD |
| WALNUT CREEK SPECIAL | 29-0400-00 | 1155 W HIGHWAY 199 SPRINGTOWN, TX 76082 | WATER | E HIGHWAY 199 |

| UTILITY PROVIDER | ACCOUNT NO. | ADDRESS | TYPE OF SERVICE | LOCATION SERVED |
|---|---|---|---|---|
| WARREN COUNTY R E M C | 172908 | 15 MIDWAY ST<br>WILLIAMSPORT, IN 47993 | ELECTRIC | 2835 N 500 W EARL PARK |
| WASTE CONNECTIONS OF OK | 500721820 | 2117 S 12TH ST<br>CHICKASHA, OK 73018 | WASTE | 3401 S 4TH ST |
| WASTE MANAGEMENT | 145-0000458-0836-7 | 107 SILVIA ST<br>EWING, NJ 08628 | WASTE | 475 MARKET ST |
| WASTE MANAGEMENT | US CONCRETE | 1001 W. BRADLEY AVE<br>EL CAJON, CA 92020 | WASTE | VARIOUS |
| WASTE MANAGEMENT | 294-0012062-0529-4<br>294-0000389-0529-5 | 1001 FANNIN, SUITE 400<br>HOUSTON, TX 77002 | WASTE | 3500 BOULDER ST<br>1 LIVE OAK AVE |
| WASTE MANAGEMENT PHOENIX | 100-0752865-1000-5<br>165-0882752-2165-8 | 1001 FANNIN STE 4000<br>HOUSTON, TX 77002 | WASTE | 725 COLLEGE ST<br>13624 FM 1171 |
| WASTE MANAGEMENT OF ALAMEDA COUNTY | 064-0353011-2216-0<br>065-4383375-2216-5<br>065-0212892-2216-4 | 172 98TH<br>OAKLAND, CA 94603 | WASTE | 1844 W WINTON AVE<br>401 EMBARCADERO<br>2400 PERALTA ST |
| WASTE MANAGEMENT OF CENT. PA | 617-0030032-0061-9 | 4300 INDUSTRIAL PARK RD<br>CAMP HILL, PA 17011 | WASTE | 3369 PAXTONVILLE ROAD |
| WASTE MANAGEMENT OF SACRAMENTO | 502006346300509 | 8761 YOUNGER CREEK DR<br>SACRAMENTO, CA 95828 | WASTE | 830 W ELKHORN B |
| WEBEX COMMUNICATIONS INC | 156646 | 3979 FREEDOM CIRCLE<br>SANTA CLARA, CA 95054 | TELECOM | 2925 BRIARPARK STE 1050 |
| WEST CENTRAL WIRELESS | 10015926 | 3389 KNICKERBOCKER RD<br>SAN ANGELO, TX 76902 | TELECOM | VARIOUS |
| WESTERN STATES PETROLEUM | 2469 | 450 S 15TH AVE<br>PHOENIX, AZ 85007 | POWER | 2410 W. BROADWAY RD |
| WILTEL COMMUNICATIONS LLC | 5007004<br>10002625 | 1700 LINCOLN ST<br>DENVER, CO 80202 | TELECOM | 755 STOCKTON AVE |
| WINDSTREAM | 126085480 | 1720 GALLERIA BLVD<br>CHARLOTTE, NC 28270 | TELECOM | 4301 DANHILL DR |
| XCEL ENERGY | 5488453249 | 414 NICOLLET MALL<br>MINNEAPOLIS, MN 55401-1993 | POWER | 2210 WEST AVE<br>214 AVE M<br>LUBBOCK HWY E DELANO |
| XO COMMUNICATIONS | 7000001493 | 8851 SANDY PKWY<br>SANDY, UT 84070 | TELECOM | 755 STOCKTON AVE |