# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| U.S. CONCRETE, INC., | Case No. 10-11407 (PJW) |
| Debtor. | |
| Tax I.D. No. 76-0586680 | |
| In re: | Chapter 11 |
| ALBERTA INVESTMENTS, INC., | Case No. 10-11408 (PJW) |
| Debtor. | |
| Tax I.D. No. 75-1941497 | |
| In re: | Chapter 11 |
| ALLIANCE HAULERS, INC., | Case No. 10-11409 (PJW) |
| Debtor. | |
| Tax I.D. No. 75-2683236 | |
| In re: | Chapter 11 |
| AMERICAN CONCRETE PRODUCTS, INC., | Case No. 10-11411 (PJW) |
| Debtor. | |
| Tax I.D. No. 94-2623187 | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| ATLAS REDI-MIX, LLC, | ) Case No. 10-11412 (PJW) |
| Debtor. | ) |
| Tax I.D. No. 27-0243123 | ) |
| In re: | ) Chapter 11 |
| ATLAS-TUCK CONCRETE, INC., | ) Case No. 10-11413 (PJW) |
| Debtor. | ) |
| Tax I.D. No. 73-0741542 | ) |
| In re: | ) Chapter 11 |
| BEALL CONCRETE ENTERPRISES, LLC, | ) Case No. 10-11414 (PJW) |
| Debtor. | ) |
| Tax I.D. No. 76-0643536 | ) |
| In re: | ) Chapter 11 |
| BEALL INDUSTRIES, INC., | ) Case No. 10-11415 (PJW) |
| Debtor. | ) |
| Tax I.D. No. 75-2052872 | ) |
| In re: | ) Chapter 11 |
| BEALL INVESTMENT CORPORATION, INC., | ) Case No. 10-11416 (PJW) |
| Debtor. | ) |
| Tax I.D. No. 51-0399865 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| BEALL MANAGEMENT, INC., | ) Case No. 10-11417 (PJW) |
| Debtor. | |
| Tax I.D. No. 75-2879839 | |
| In re: | ) Chapter 11 |
| BRECKENRIDGE READY MIX, INC., | ) Case No. 10-11418 (PJW) |
| Debtor. | |
| Tax I.D. No. 75-1172482 | |
| In re: | ) Chapter 11 |
| CENTRAL CONCRETE SUPPLY CO., INC., | ) Case No. 10-11419 (PJW) |
| Debtor. | |
| Tax I.D. No. 94-1181859 | |
| In re: | ) Chapter 11 |
| CENTRAL PRECAST CONCRETE, INC., | ) Case No. 10-11420 (PJW) |
| Debtor. | |
| Tax I.D. No. 94-1459358 | |
| In re: | ) Chapter 11 |
| CONCRETE ACQUISITION III, LLC, | ) Case No. 10-11421 (PJW) |
| Debtor. | |
| Tax I.D. No. 27-1015638 | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CONCRETE ACQUISITION IV, LLC, ) | Case No. 10-11422 (PJW) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 27-1015720 ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CONCRETE ACQUISITION V, LLC, ) | Case No. 10-11423 (PJW) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 27-1015777 ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CONCRETE ACQUISITION VI, LLC, ) | Case No. 10-11424 (PJW) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 27-1015840 ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CONCRETE XXXIII ACQUISITION, INC., ) | Case No. 10-11425 (PJW) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 20-4166120 ) | |

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CONCRETE XXXIV ACQUISITION, INC., ) | Case No. 10-11426 (PJW) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No. 20-4166167 ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CONCRETE XXXV ACQUISITION, INC., | ) Case No. 10-11427 (PJW) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-4166206 | ) |
| | |
| In re: | ) Chapter 11 |
| | ) |
| CONCRETE XXXVI ACQUISITION, INC., | ) Case No. 10-11428 (PJW) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-4166240 | ) |
| | |
| In re: | ) Chapter 11 |
| | ) |
| EASTERN CONCRETE MATERIALS, INC., | ) Case No. 10-11429 (PJW) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 22-1521165 | ) |
| | |
| In re: | ) Chapter 11 |
| | ) |
| HAMBURG QUARRY LIMITED LIABILITY COMPANY, | ) Case No. 10-11430 (PJW) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 27-0373592 | ) |
| | |
| In re: | ) Chapter 11 |
| | ) |
| INGRAM CONCRETE, LLC, | ) Case No. 10-11431 (PJW) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 83-0486753 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| LOCAL CONCRETE SUPPLY & EQUIPMENT, LLC, | ) Case No. 10-11432 (PJW) |
| Debtor. | |
| Tax I.D. No. 26-3456597 | |
| In re: | ) Chapter 11 |
| MASTER MIX CONCRETE, LLC, | ) Case No. 10-11433 (PJW) |
| Debtor. | |
| Tax I.D. No. 26-3800135 | |
| In re: | ) Chapter 11 |
| MASTER MIX, LLC, | ) Case No. 10-11434 (PJW) |
| Debtor. | |
| Tax I.D. No. 26-1668532 | |
| In re: | ) Chapter 11 |
| MG, LLC, | ) Case No. 10-11437 (PJW) |
| Debtor. | |
| Tax I.D. No. 26-2169279 | |
| In re: | ) Chapter 11 |
| NYC CONCRETE MATERIALS, LLC, | ) Case No. 10-11438 (PJW) |
| Debtor. | |
| Tax I.D. No. 76-0630666 | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| PEBBLE LANE ASSOCIATES, LLC, | ) Case No. 10-11439 (PJW) |
| Debtor. | ) |
| Tax I.D. No. 26-3456520 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| REDI-MIX CONCRETE, L.P., | ) Case No. 10-11440 (PJW) |
| Debtor. | ) |
| Tax I.D. No. 20-0474765 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| REDI-MIX GP, LLC, | ) Case No. 10-11441 (PJW) |
| Debtor. | ) |
| Tax I.D. No. N/A[1] | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| REDI-MIX, LLC, | ) Case No. 10-11442 (PJW) |
| Debtor. | ) |
| Tax I.D. No. 83-0486751 | ) |

---

[1] Redi-Mix GP, LLC does not maintain a U.S. Federal tax identification number.

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RIVERSIDE MATERIALS, LLC, | ) Case No. 10-11443 (PJW) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 26-2863588 | ) |
| | |
| In re: | ) Chapter 11 |
| | ) |
| SAN DIEGO PRECAST CONCRETE, INC., | ) Case No. 10-11444 (PJW) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 76-0616282 | ) |
| | |
| In re: | ) Chapter 11 |
| | ) |
| SIERRA PRECAST, INC., | ) Case No. 10-11445 (PJW) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 94-2274227 | ) |
| | |
| In re: | ) Chapter 11 |
| | ) |
| SMITH PRE-CAST, INC., | ) Case No. 10-11446 (PJW) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 76-0630673 | ) |
| | |
| In re: | ) Chapter 11 |
| | ) |
| SUPERIOR CONCRETE MATERIALS, INC., | ) Case No. 10-11447 (PJW) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 52-1046503 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| TITAN CONCRETE INDUSTRIES, INC., | ) Case No. 10-11448 (PJW) |
| Debtor. | ) |
| Tax I.D. No. 76-0616374 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| U.S. CONCRETE ON-SITE, INC., | ) Case No. 10-11450 (PJW) |
| Debtor. | ) |
| Tax I.D. No. 76-0630662 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| USC ATLANTIC, INC., | ) Case No. 10-11451 (PJW) |
| Debtor. | ) |
| Tax I.D. No. 20-4166002 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| USC MANAGEMENT CO., LLC, | ) Case No. 10-11453 (PJW) |
| Debtor. | ) |
| Tax I.D. No. 83-0486749 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| USC PAYROLL, INC., | ) Case No. 10-11455 (PJW) |
| Debtor. | ) |
| Tax I.D. No. 76-0630665 | ) |

9

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| USC TECHNOLOGIES, INC., | ) | Case No. 10-11456 (PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-4166055 | ) | |
| | ) | |
| | | **Related to Docket No. 2** |

# ORDER DIRECTING JOINT ADMINISTRATION OF THE CHAPTER 11 CASES OF U.S. CONCRETE, INC., *ET AL.*

Upon the motion (the "<u>Motion</u>")[1] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), for entry of an order (this "<u>Order</u>"), directing the joint administration of the Debtors' related chapter 11 cases, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein before the Court (the "<u>Hearing</u>"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 10-11407 (PJW).

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| U.S. CONCRETE, INC., *et al.*,[1] | ) | Case No. 10-11407 (PJW) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, if any, include: U.S. Concrete, Inc. (6680); Alberta Investments, Inc. (1497); Alliance Haulers, Inc. (3236); American Concrete Products, Inc. (3187); Atlas Redi-Mix, LLC (3123); Atlas-Tuck Concrete, Inc. (1542); Beall Concrete Enterprises, LLC (3536); Beall Industries, Inc. (2872); Beall Investment Corporation, Inc. (9865); Beall Management, Inc. (9839); Breckenridge Ready Mix, Inc. (2482); Central Concrete Supply Co., Inc. (1859); Central Precast Concrete, Inc. (9358); Concrete Acquisition III, LLC (5638); Concrete Acquisition IV, LLC (5720); Concrete Acquisition V, LLC (5777); Concrete Acquisition VI, LLC (5840); Concrete XXXIII Acquisition, Inc. (6120); Concrete XXXIV Acquisition, Inc. (6167); Concrete XXXV Acquisition, Inc. (6206); Concrete XXXVI Acquisition, Inc. (6240); Eastern Concrete Materials, Inc. (1165); Hamburg Quarry Limited Liability Company (3592); Ingram Concrete, LLC (6753); Local Concrete Supply & Equipment, LLC (6597); Master Mix Concrete, LLC (0135); Master Mix, LLC (8532); MG, LLC (9279); NYC Concrete Materials, LLC (0666); Pebble Lane Associates, LLC (6520); Redi-Mix Concrete, L.P. (4765); Redi-Mix GP, LLC (N/A); Redi-Mix, LLC (6751); Riverside Materials, LLC (3588); San Diego Precast Concrete, Inc. (6282); Sierra Precast, Inc. (4227); Smith Pre-Cast, Inc. (0673); Superior Concrete Materials, Inc. (6503); Titan Concrete Industries, Inc. (6374); U.S. Concrete On-Site, Inc. (0662); USC Atlantic, Inc. (6002); USC Management Co., LLC (6749); USC Payroll, Inc. (0665); and USC Technologies, Inc. (6055). The location of the debtors' corporate headquarters and the debtors' service address is: 2925 Briarpark, Suite 1050, Houston, Texas 77042.

4. The foregoing caption shall satisfy the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. An entry shall be made on the docket of each of the Debtors' cases, other than that of U.S. Concrete, Inc., that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware Directing joint administration of these chapter 11 cases of: U.S. Concrete, Inc.; Alberta Investments, Inc.; Alliance Haulers, Inc.; American Concrete Products, Inc.; Atlas Redi-Mix, LLC; Atlas-Tuck Concrete, Inc.; Beall Concrete Enterprises, LLC; Beall Industries, Inc.; Beall Investment Corporation, Inc.; Beall Management, Inc.; Breckenridge Ready Mix, Inc.; Central Concrete Supply Co., Inc.; Central Precast Concrete, Inc.; Concrete Acquisition III, LLC; Concrete Acquisition IV, LLC; Concrete Acquisition V, LLC; Concrete Acquisition VI, LLC; Concrete XXXIII Acquisition, Inc.; Concrete XXXIV Acquisition, Inc.; Concrete XXXV Acquisition, Inc.; Concrete XXXVI Acquisition, Inc.; Eastern Concrete Materials, Inc.; Hamburg Quarry Limited Liability Company; Ingram Concrete, LLC; Local Concrete Supply & Equipment, LLC; Master Mix Concrete, LLC; Master Mix, LLC; MG, LLC; NYC Concrete Materials, LLC; Pebble Lane Associates, LLC; Redi-Mix Concrete, L.P.; Redi-Mix GP, LLC; Redi-Mix, LLC; Riverside Materials, LLC; San Diego Precast Concrete, Inc.; Sierra Precast, Inc.; Smith Pre-Cast, Inc.; Superior Concrete Materials, Inc.; Titan Concrete Industries, Inc.; U.S. Concrete On-Site, Inc.; USC Atlantic, Inc.; USC Management Co., LLC; USC Payroll, Inc.; and USC Technologies, Inc. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 10-11407 (PJW).

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

8. Notwithstanding anything to the contrary, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

Dated: April 3, 2010
Wilmington, Delaware

*[signature]*
The Honorable Peter J. Walsh
United States Bankruptcy Judge

88614-001\DOCS_DE:159426.1