UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| U.S. Concrete, Inc., *et al.* | : | Case No. 10-11407 (PJW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

--------------------------------

       Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Wells Fargo Bank N.A., as Trustee**, Attn: James R. Lewis, 45 Broadway, 12th Floor, New York, NY 10006, Phone: 212-515-5258, Fax: 866-524-4681

2. **Lehigh Hanson, Inc.**, Attn: Chad Hughes, 8505 Freeport Parkway, Irving, TX 75063, Phone: 469-1303, Fax: 866-924-3067

3. **Holcim (US) Inc.**, Attn: Lisa Olsen, 6211 Ann Arbor Road, PO Box 122, Dundee MI 48131, Phone: 734-529-4323, Fax: 734-529-2800

4. **Lester R. Summers, Inc.**, Attn: John H. Summers, Jr., 40 Garden Spot Road, Suite 100, Ephrata, PA 17522, Phone: 717-733-6556, Fax: 717-733-3065

5. **Lafarge North America, Inc.**, Attn: Charles K. Pillivant, Jr., 20 Oak Hollow, Southfield, MI 48033, Phone: 248-936-7101


                                              ROBERTA A. DEANGELIS
                                              United States Trustee, Region 3


                                              /s/ David M. Klauder for
                                              WILLIAM K. HARRINGTON
                                              ASSISTANT UNITED STATES TRUSTEE

DATED: May 12, 2010

Attorney assigned to this Case: David M. Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: James E. O'Neill, Esquire, Phone: (302) 652-4100, Fax: (302) 652-4400